IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

**AMERICAN UNIVERSITY**             )
4400 Massachusetts Ave., N.W.       )
Washington, D.C. 20016              )
                                    )
    **Plaintiff,**              )
v.                                  )
                                    )   Civil Action No.:_____
**SPORTEXE CONSTRUCTION SERVICES, INC.,** )
                                    )
**INSIGHT EQUITY HOLDINGS, LLC**    )
                                    )
**INSIGHT EQUITY HOLDINGS I, LLC**  )
                                    )
and **EVERGREEN NATIONAL INDEMNITY** )
**COMPANY,**                        )
                                    )

## FINANCIAL DISCLOSURE

Plaintiff American University, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1, certifies that there is nothing to report under Local Civil Rule 7.1.

This the 21st day of November, 2007.

          Respectfully submitted,

          WOMBLE CARLYLE SANDRIDGE & RICE, PLLC

          */s/*

          James S. Kurz (D.C. Bar No. 349100)
          Virginia W. Hoptman
          jkurz@wcsr.com
          vhoptman@wcsr.com

          8065 Leesburg Pike, Fourth Floor
          Tysons Corner, Virginia 22182
          (703) 790-3310 – telephone
          (703) 790-2623 -- facsimile
          *Attorneys for Plaintiff American University*

OF COUNSEL:
Laura B. Luger (N.C. Bar No. 9925)
lluger@wcsr.com
Womble Carlyle Sandridge & Rice PLLC
2530 Meridian Parkway, 4th Floor
Durham, NC 27713

Erin L. Roberts (Va. Bar No. 68588)
eroberts@wcsr.com
Womble Carlyle Sandridge & Rice, PLLC
8065 Leesburg Pike, Fourth Floor
Tysons Corner, Virginia 22182

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Financial Disclosure was sent by first class mail, postage prepaid on this 21 day of November, 2007, to all Defendants.

_____
James. S. Kurz