# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
# CIVIL DIVISION

| | |
|---|---|
| **AMERICAN UNIVERSITY,**<br>4400 Massachusetts Ave., N.W.<br>Washington, D.C. 20016<br><br>**Plaintiff,**<br><br>v.<br><br>**SPORTEXE CONSTRUCTION SERVICES, INC.,**<br>1 Chisholm Trail<br>Old Town Square, Suite 400<br>Round Rock, Texas 78681<br><br>**INSIGHT EQUITY HOLDINGS, LLC,**<br>1400 Civic Place, Suite 250<br>Southlake, Texas 76092<br><br>**INSIGHT EQUITY HOLDINGS I, LLC,**<br>1400 Civic Place, Suite 250<br>Southlake, Texas 76092<br><br>**and**<br><br>**EVERGREEN NATIONAL INDEMNITY COMPANY,**<br>6140 Parkland Blvd., Suite 321<br>Mayfield Heights, Ohio 44124<br><br>**Defendants.** | Civil Action No.: 1:07-cv-02114 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME AND ACCOMPANYING STATEMENT OF POINTS AND AUTHORITIES

Sportexe Construction Services, Inc., Insight Equity Holdings, LLC, Insight Equity Holdings I, LLC, and Evergreen National Indemnity Company ("Defendants"), by counsel, pursuant to Federal Rules of Civil Procedure Rule 6(b)(1), move this court to extend the time in

which Defendants may respond, object, or otherwise move in response to the Complaint filed by American University ("AU") by twenty (20) days, to and including Monday, January 7, 2008. In support of this motion, Defendants state as follows:

1. The Complaint was served on Defendant Sportexe Construction Services, Inc. on November 28, 2007.

2. Counsel for Defendants contacted AU's counsel, pursuant to Rule 7(m) of the Rules of the United States District Court for the District of Columbia, and requested an extension of time for all defendants to respond, object, or otherwise move in response to the Complaint until and including January 7, 2008. Counsel for AU consented.

3. AU's consent to this motion satisfies the requirements of Federal Rules of Civil Procedure Rule 6(b)(1).

Dated: December 19, 2007                By:_____/s_____
                                              Counsel


Mark B. Bierbower (D.C. Bar #320861)
Jay Range (D.C. Bar #37608)
HUNTON & WILLIAMS, LLP
1900 K Street, N.W.
Washington, D.C. 20006-1109
(202) 955-1500
(202) 778-2201 (fax)
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

       I hereby certify that on this 19th day of December, 2007, one copy of the foregoing Unopposed Motion for Extension of Time and Accompanying Statement of Points and Authorities was served by first-class mail upon the following:

James S. Kurz (D.C. Bar #349100)
Virginia W. Hoptman
Erin L. Roberts
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
8065 Leesburg Pike, Fourth Floor
Tysons Corner, Virginia 22182-2738
(703) 394-2230
*Counsel for Plaintiff American University*

                                                                         _____/s_____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **AMERICAN UNIVERSITY** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No.: 1:07-cv-02114 |
| ) | |
| **SPORTEXE CONSTRUCTION SERVICES,** ) | |
| **INC.,** *et al.* ) | |
| ) | |
| **Defendants.** ) | |

**ORDER GRANTING DEFENDANTS'**
**UNOPPOSED MOTION FOR EXTENSION OF TIME**

On the motion of Defendants Sportexe Construction Services, Inc., Insight Equity Holdings, LLC, Insight Equity Holdings I, LLC, and Evergreen National Indemnity Company ("Defendants") for an order extending the time in which Defendants may respond, object, or otherwise move in response to the Complaint, and good cause for the extension having been shown, it is hereby

ORDERED that the motion be granted and that the time in which Defendants may respond, object, or otherwise move in response to the Complaint is hereby extended to and including Monday, January 7, 2008.

Dated:_____.

_____
REGGIE B. WALTON
United States District Judge

**PERSONS TO BE SERVED**

Mark B. Bierbower (D.C. Bar #320861)
Jay Range (D.C. Bar #37608)
HUNTON & WILLIAMS, LLP
1900 K Street, N.W.
Washington, D.C.  20006-1109
(202) 955-1500
(202) 778-2201 (fax)
*Counsel for Defendants.*

James S. Kurz (D.C. Bar #349100)
Virginia W. Hoptman
Erin L. Roberts
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
8065 Leesburg Pike, Fourth Floor
Tysons Corner, Virginia 22182-2738
(703) 394-2230
*Counsel for Plaintiff American University*