UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **AMERICAN UNIVERSITY** : | |
| : | |
| **Plaintiff,** : | |
| v. : | Case No. 1:07-CV02114-RBW |
| : | |
| **SPORTEXE CONSTRUCTION** : | |
| **SERVICES, INC.,** : | |
| : | |
| **INSIGHT EQUITY HOLDINGS, LLC** : | |
| : | |
| **INSIGHT EQUITY HOLDINGS I, LLC** : | |
| : | |
| and **EVERGREEN NATIONAL** : | |
| **INDEMNITY COMPANY**, : | |
| : | |
| **Defendants.** : | |
| : | |

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for all of the parties to this action, that pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure defendants Insight Equity Holdings, LLC and Insight Equity Holdings I, LLC are dismissed without prejudice from the above-referenced matter.

This is the 7th day of January, 2008.

        Respectfully submitted,

        **AMERICAN UNIVERSITY**, By Counsel

        /s/
        _____
        Virginia W. Hoptman (D.C. Bar No. 367999)
        Erin L. Roberts
        Womble Carlyle Sandridge & Rice, PLLC
        8065 Leesburg Pike, Fourth Floor

                                                                       Tysons Corner, Virginia 22182
(703) 790-3310 – telephone
(703) 790-2623 – facsimile
vhoptman@wcsr.com
eroberts@wcsr.com
*Attorneys for Plaintiff American University*

                                                                       /s/
                                      _____
Mark B. Bierbower (D.C. Bar No. 320861)
John Jay Range (D.C. Bar No. 37608)
HUNTON & WILLIAMS, LLP
1900 K Street, N.W.
Washington, D.C. 20006-1109
(202) 955-1500 - telephone
(202) 778-2201 - facsimile
*Attorneys for the Defendants*

SO ORDERED:

_____
     U.S.D.J.

WCSR 3811170v1