UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **AMERICAN UNIVERSITY** : | |
| : | |
| **Plaintiff,** : | |
| v. : | Case No. 1:07-CV02114-RBW |
| : | |
| **SPORTEXE CONSTRUCTION** : | |
| **SERVICES, INC.,** : | |
| : | |
| and **EVERGREEN NATIONAL** : | |
| **INDEMNITY COMPANY**, : | |
| : | |
| **Defendants.** : | |
| : | |

## JOINT MOTION TO STAY PROCEEDINGS

Due to ongoing settlement discussions, Plaintiff American University and Defendants Sportexe Construction Services, Inc. and Evergreen National Indemnity Company respectfully request that this Court grant a stay of all proceedings in the above-referenced matter until February 15, 2008, and extend the date on which Plaintiff's responsive pleading to the Defendants' counterclaim is due until February 29, 2008.

Respectfully submitted,

**AMERICAN UNIVERSITY**, By Counsel

/s/
_____
Virginia W. Hoptman (D.C. Bar No. 367999)
Erin L. Roberts
Womble Carlyle Sandridge & Rice, PLLC
8065 Leesburg Pike, Fourth Floor
Tysons Corner, Virginia 22182
(703) 790-3310 – telephone
(703) 790-2623 – facsimile
vhoptman@wcsr.com
eroberts@wcsr.com
*Attorneys for Plaintiff American University*

WCSR 3822402v1

                                                   /s/
                                    _____
                                    Mark B. Bierbower (D.C. Bar No. 320861)
                                    John Jay Range (D.C. Bar No. 37608)
                                    HUNTON & WILLIAMS, LLP
                                    1900 K Street, N.W.
                                    Washington, D.C. 20006-1109
                                    (202) 955-1500 - telephone
                                    (202) 778-2201 - facsimile
                                    *Attorneys for the Defendants*

SO ORDERED:


_____
    U.S.D.J.