UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **AMERICAN UNIFORM** | : |
| **Plaintiff,** | : |
| v. | : Case No. 1:07-CV02114-RBW |
| **SPORTEXE CONSTRUCTION SERVICES, INC.,** | : |
| and **EVERGREEN NATIONAL INDEMNITY COMPANY**, | : |
| **Defendants.** | : |


## JOINT MOTION FOR AN EXTENSION OF TIME

Due to ongoing productive settlement discussions, Plaintiff American University and Defendants Sportexe Construction Services, Inc., and Evergreen National Indemnity Company respectfully request that this Court extend the date on which Plaintiff's responsive pleading to the Defendants' counterclaim is due until April 11, 2008.

Respectfully submitted,

**AMERICAN UNIVERSITY**, By Counsel

/s/
_____
Virginia W. Hoptman (D.C. Bar No. 367999)
Erin L. Roberts
Womble Carlyle Sandridge & Rice, PLLC
8065 Leesburg Pike, Fourth Floor
Tysons Corner, Virginia 22182
(703) 394-2230 – telephone
(703) 918-2244– facsimile
vhoptman@wcsr.com
eroberts@wcsr.com
*Attorneys for Plaintiff American University*

1

/s/
_____
Mark B. Bierbower (D.C. Bar No. 320861)
John Jay Range (D.C. Bar No. 37608)
HUNTON & WILLIAMS, LLP
1900 K Street, N.W.
Washington, D.C. 20006-1109
(202) 955-1500 - telephone
(202) 778-2201 - facsimile
*Attorneys for the Defendants*

SO ORDERED:


_____
    REGGIE B. WALTON
  United States District Judge
.

2

WCSR  3822402v2