UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **AMERICAN UNIVERSITY** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Case No. 1:07-CV02114-RBW |
| : | |
| **SPORTEXE CONSTRUCTION** : | |
| **SERVICES, INC.,** : | |
| : | |
| and **EVERGREEN NATIONAL** : | |
| **INDEMNITY COMPANY**, : | |
| : | |
| **Defendants.** : | |
| : | |

## JOINT MOTION FOR AN EXTENSION OF TIME

Due to ongoing productive settlement discussions, Plaintiff American University and Defendants Sportexe Construction Services, Inc., and Evergreen National Indemnity Company respectfully request that this Court extend the date on which Plaintiff's responsive pleading to the Defendants' counterclaim is due until June 1, 2008.

Respectfully submitted,

**AMERICAN UNIVERSITY**, By Counsel

/s/
_____
Virginia W. Hoptman (D.C. Bar No. 367999)
Erin L. Roberts
Womble Carlyle Sandridge & Rice, PLLC
8065 Leesburg Pike, Fourth Floor
Tysons Corner, Virginia 22182
(703) 394-2230 – telephone
(703) 918-2244 – facsimile
vhoptman@wcsr.com
eroberts@wcsr.com
*Attorneys for Plaintiff American University*

1

WCSR 3822402v3

/s/
_____
Mark B. Bierbower (D.C. Bar No. 320861)
John Jay Range (D.C. Bar No. 37608)
HUNTON & WILLIAMS, LLP
1900 K Street, N.W.
Washington, D.C. 20006-1109
(202) 955-1500 - telephone
(202) 778-2201 - facsimile
*Attorneys for the Defendants*

SO ORDERED:

_____
    REGGIE B. WALTON
   United States District Judge
.

2