UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **AMERICAN UNIVERSITY** <br><br> **Plaintiff,** <br><br> v. <br><br> **SPORTEXE CONSTRUCTION SERVICES, INC.,** <br><br> and **EVERGREEN NATIONAL INDEMNITY COMPANY,** <br><br> **Defendants.** | Case No. 1:07-CV02114-RBW |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff American University and Defendants Sportexe Construction Services, Inc., and Evergreen National Indemnity Company hereby stipulate to the dismissal without prejudice of all claims and counterclaims in the above-captioned case.

Respectfully submitted,

**AMERICAN UNIVERSITY**, By Counsel

/s/

Virginia W. Hoptman (D.C. Bar No. 367999)
Womble Carlyle Sandridge & Rice, PLLC
8065 Leesburg Pike, Fourth Floor
Tysons Corner, Virginia 22182
(703) 394-2230 – telephone
(703) 918-2244– facsimile
vhoptman@wcsr.com
*Attorneys for Plaintiff American University*

1

WCSR 3914753v1

/s/
_____
Mark B. Bierbower (D.C. Bar No. 320861)
John Jay Range (D.C. Bar No. 37608)
HUNTON & WILLIAMS, LLP
1900 K Street, N.W.
Washington, D.C. 20006-1109
(202) 955-1500 - telephone
(202) 778-2201 - facsimile
*Attorneys for the Defendants*

SO ORDERED:


_____
REGGIE B. WALTON
United States District Judge
.